Keneaster *v.* Vickers.

*J. W. Cooper, N. Purdum,* and *M. Bell,* for appellant.

*D. C. Metsker, H. A. Brouse, J. W. Gordon,* and *W. March,* for appellee.

---

## KENEASTER *v.* VICKERS.

SUPREME COURT.—*Evidence.*—When the evidence is conflicting, the finding upon the issues depending upon the credit due to the witnesses, the Supreme Court will not, upon the weight of evidence, disturb the finding.

APPEAL from the Marion Civil Circuit Court.

FRAZER, J.—This case is before us upon the evidence, which was very conflicting, the finding upon the issues depending much upon the credit due to the witnesses. It is, therefore, peculiarly a case in which this court cannot disturb the finding. Indeed, we are not prepared to say that

the weight of the evidence does not appear to sustain that finding.

Affirmed, with five per cent. damages and costs.

*J. E. McDonald, A. L. Roache, E. M. McDonald,* and *J. W. Nichol,* for appellant.

*A. G. Porter, B. Harrison,* and *W. P. Fishback,* for appellee.